**No. 11-5344. Inetha M. Carr, Petitioner v. H.O.P.E. Community Service, Inc.**

565 U.S. 1046, 132 S. Ct. 606, 181 L. Ed. 2d 444, 2011 U.S. LEXIS 8084.

November 14, 2011. Petition for rehearing denied.

Former decision, 565 U.S. 902, 132 S. Ct. 299, 181 L. Ed. 2d 182, 2011 U.S. LEXIS 5548.